# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| WILLIAM SCHLUTH, | : | No. 249 EAL 2020 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| KRISHAVTAR, INC., | : | |
| Petitioner | : | |
| WILLIAM SCHLUTH, | : | No. 250 EAL 2020 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| KRISHAVTAR, INC., | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 16th day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.